IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TIMOTHY A. JONES,

    Plaintiff,

v.                                          Civil Action No. 3:24cv258

UNKNOWN,

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on April 18, 2024, the Court directed the Clerk to mail a standardized form for filing a 42 U.S.C. § 1983 complaint to Plaintiff. (ECF No. 2.) The Court instructed Plaintiff to complete and return the form within thirty (30) days of the date of entry thereof if he wished to file a complaint at this time. (ECF No. 2, at 1.) The Court explained that if Plaintiff failed to take any action within that time, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b).

More than thirty (30) days have elapsed, and Plaintiff has not completed and returned the § 1983 form. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 6/4/2024
Richmond, Virginia

/s/ MHL
M. Hannah Lauck
United States District Judge